**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| N.R., *et al.*, | |
| Plaintiffs, | 2:13-cv-01443-JCM-VCF |
| vs. | |
| CLARK COUNTY SCHOOL DISTRICT, *et al.*, | **ORDER** |
| Defendants. | |

Before the court is defendants' Request to Excuse the Attendance of Defendants Jones, Martinez, Rado, Moser, Maxwell and Hoye (#66).

Good cause appearing,

IT IS HEREBY ORDERED that defendants' Request to Excuse the Attendance of Defendants Jones, Martinez, Rado, Moser, Maxwell and Hoye (#66) is GRANTED in part and DENIED in part as stated below:

   1. Defendants Jones, Martinez, Rado and Moser are excused from personally attending the settlement conference scheduled in this case for 10:00 AM, August 19, 2014.

   2. Defendants Maxwell and Hoye must personally attend the settlement conference scheduled in this case for 10:00 AM on August 19, 2014.

IT IS SO ORDERED.

Dated this 6th day of August, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE