MARK E. FERRARIO (Nevada Bar No. 1625)
ferrariom@gtlaw.com
KARA B. HENDRICKS (Nevada Bar No. 7743)
hendricksk@gtlaw.com
MOOREA L. KATZ (Nevada Bar No. 12007)
katzmo@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Fax:         (702) 792-9002
*Attorneys for Defendants the Clark County
School District, Dwight Jones, Pedro Martinez,
Samuel Rado, Leigh Moser, Brittany Maxwell
and Ashley Hoye*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| N.R., a minor by and through his Guardian Ad Litem, AUDREY ROSENSTEIN; AUDREY ROSENSTEIN; and CRAIG ROSENSTEIN,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; DWIGHT JONES, in his individual and official capacity; PEDRO MARTINEZ, in his individual and official capacity; SAMUEL RADO, in his individual and official capacity; LEIGH MOSER, in her individual and official capacity; BRITTANY MAXWELL, in her individual and official capacity; ASHLEY HOYE, in her individual and official capacity,<br><br>Defendants. | Case No. 2: 13-cv-01443-JCM-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, N.R., a minor by and through his Guardian Ad Litem, AUDREY ROSENSTEIN; AUDREY ROSENSTEIN; and CRAIG ROSENSTEIN ("Plaintiffs") and the Clark County School District, Dwight Jones, Pedro

1

LV 420482356v1

Martinez, Samuel Rado, Leigh Moser, Brittany Maxwell and Ashley Hoye (collectively, Defendants), by and through their counsel of record that this matter shall be dismissed in its entirety with prejudice, each party to bear their own attorney fees and costs.

Dated this ___ day of July, 2015.　　　　Dated this 30st day of July, 2015.

GREENBERG TRAURIG, LLP　　　　　　　GANZ & HAUF

By: /s/ Kara B. Hendricks　　　　　　　　By: /s/
MARK E. FERRARIO　　　　　　　　　　MARJORIE HAUF, ESQ.
Nevada Bar No. 1625　　　　　　　　　　Nevada Bar No. 8111
KARA B. HENDRICKS ESQ.　　　　　　　JASON LATHER, ESQ.
Nevada Bar No. 7743　　　　　　　　　　Nevada Bar No. 12607
3773 Howard Hughes Pkwy., Ste. 400N　　8950 W. Tropicana Ave. Ste. 1
Las Vegas, Nevada 89169　　　　　　　　Las Vegas, Nevada 89147
*Counsel for Defendants*　　　　　　　　*Counsel for Plaintiffs*

**ORDER**

IT IS SO ORDERED:

DATED August 4, 2015.

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE

2

LV 420482356v1